IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC PEARSON,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0752

Opinion filed April 8, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Eric Pearson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.